# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | CASE NO. 4:22-CR-00319-LPR |
| **BRUCE MCARTHUR SMITH**<br>**RODERICK LAMONT TONEY,**<br>**LARRY ROGERS,**<br>**ARNOLD TURNER,**<br>**LANISE BRIGGS,**<br>**CHARLES TYRONE ROBINSON,**<br>**ANGELA ROBINSON,**<br>**CARLOS HOUSTON,**<br>**RICKY MANNING,**<br>**CHRISTOPHER NEWMAN, SR.,**<br>**JASON MCDONALD,**<br>**JERMAINE WORKS,**<br>**CURTIS BRANDON,**<br>**KARA WILLARD,**<br>**JARVIS BATTLES, AND**<br>**HERBERT BOYKIN,** | **DEFENDANTS** |

## ORDER

Pending before the Court is an unopposed motion to continue the jury trial previously scheduled May 30, 2023, filed by separate defendant, **Bruce McArthur Smith**.

The Court has fully considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and defendants for speedy trials and the issues herein are such that to deny the motion would deny counsel for defendants the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendants' behalf.

IT IS THEREFORE ORDERED that the motion to continue the trial (Doc. 194) is *granted* and the trial in this matter is rescheduled for **9:30 a.m. on TUESDAY, DECEMBER 5, 2023**. Counsel are to be present thirty minutes prior to trial time.

The Court further finds that no severance has been granted on behalf of defendants, **Roderick Lamont Toney, Larry Rogers, Arnold Turner, Lanise Briggs, Charles Tyrone Robinson, Angela Robinson, Carlos Houston, Ricky Manning, Christopher Newman, Sr., Jason McDonald, Jermaine Works, Curtis Brandon, Kara Willard, Jarvis Battles, and Herbert Boykin**, and since these defendants are jointly indicted on similar evidence from the same event, these defendants' trials should be continued to the same date as defendant Bruce McArthur Smith.  Currently, all the defendants are to be tried at one trial.

The parties are directed to submit simultaneous proposed voir dire questions and jury instructions on or before *November 14, 2023*.  The Court requests counsel to provide the instructions saved as a Word document or Rich Text Format file attached to an e-mail addressed to lprchambers@ared.uscourts.gov.  Please type the case name and number in the subject box.

Defense counsel should confer with the government and with one another to determine any *Bruton* problems (see *Bruton v. United States*, 391 U.S. 123 (1968)) no later than *sixty days* prior to the trial date.

*If defense counsel anticipates bringing any electronic devices into the courthouse for any proceeding or the trial in this matter, please review General Order No. 54 filed March 24, 2008.*

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) & (h)(6).

Dated this 12th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE