IN THE UNITED STATES DISTRICT COURT OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
V. )      Case No. 4:22-00319-LPR-7
)
LANISE BRIGGS )

## SENTENCING MEMORANDUM

Comes Now the Defendant Lanise Briggs by and through her attorney Michael Kiel Kaiser of Lassiter & Cassinelli, and respectfully moves this Court to sentence her to the jointly requested sentence of 18 months of probation.

On January 5, 2024, Briggs pleaded guilty to one count of misprision of a felony. She now submits this memorandum in support of the jointly requested 18-month probationary sentence.

This Court must impose a sentence that is "sufficient, but not greater than necessary, to comply with the purposes of" 18 U.S.C. § 3553(a). Briggs submits the requested punishment complies with this directive.

Briggs has no prior criminal convictions and played a minor role in the offense. She comes from a good family in Pine Bluff, and has spent the majority of her adulthood working for the State's Department of Commerce and in real estate. She has already faced serious consequences as a result of this case as she lost her employment with the Department of Commerce just short of her tenth anniversary working there. Despite this, she has continued to work full-time—albeit in lower-

1

paying jobs—and also earns income on the side as a certified cosmetologist.

Briggs has been completely compliant while on pretrial release for nearly 18 months. Her estimated Guidelines range of 8-14 months is in Zone B, and she is thus eligible for probation. She is the precise type of person for whom a probationary sentence exists and makes sense for. She is employed, has no criminal-history points, has stability in the form of employment and family support, and has responded very well to the structure and guidance of the Probation Office while out on pretrial release. There is every reason to think she will continue to do the same while on probation.

Briggs's sisters Cassandra Briggs of Pine Bluff and Latina Briggs of Chester, Virginia have submitted letters in support of Briggs receiving a probationary sentence. *See character letters, attached as Exhibit A*. Her sisters describe her as loyal, loving, and community-orientated.

Lastly Briggs was very recently diagnosed with breast cancer in late February, and began chemotherapy treatments on March 19, 2024. Despite this serious setback, Briggs remains positive and steadfast in her commitment to both the Lord and her family. This additional serious medical issue weighs heavily in favor of the requested probationary sentence so that Ms. Briggs may be able to continue her treatment and follow-up care.

WHEREFORE Lanise Briggs respectfully requests this Court sentence her to the jointly requested sentence of 18 months of probation.

Respectfully submitted,

Michael Kiel Kaiser
MICHAEL KIEL KAISER
Ark. Bar No. 2015001
Attorney for Defendant
Lassiter & Cassinelli
1218 W 6th Street
Little Rock, AR 72201
(501) 370-9300
Email: Michael@LassCass.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to AUSA Chris Givens.

Michael Kiel Kaiser
MICHAEL KIEL KAISER

3

March 22, 2024

Dear Judge Lee P. Rudofsky,

My name is Cassandra Briggs, and I am the third oldest biological sister of Lanise Briggs. Lanise and I share five other siblings. I currently reside in Pine Bluff, Arkansas. I have been employed with the Pine Bluff Police Department for approximately 14 years and currently I'm a grad student at the University of Arkansas at Monticello. I'm also currently a licensed teacher for secondary education, where I teach Career Development at a local high school in Pine Bluff, Arkansas.

In the 38 years that I have known Lanise, I have never known her to get high on drugs or to get drunk. Even through our younger years, this was just something we did not find a interest in. Growing up in Pine Bluff, Arkansas, Lanise acted as the older sibling of us and assisted my parents in caring for us. Lanise served in our family as the caregiver and the hairdresser. Lanise had a passion for doing hair and she served not only the girls of our family, but our neighborhood friends as well. Lanise worked in our family church, Smith Chapel M.B.C., working and assisting with our youth department.

Lanise started working at the young age of 15 years old throughout the summer, at the City of Pine Bluff Summer Youth Program. Lanise worked every summer that she was eligible to work. Lanise participated in back to a school events, where she provided hairstyles to the less fortunate. Lanise had such a passion for doing hair that after high school, she enrolled in Arkansas Beauty College, graduating and becoming a licensed cosmetologist. She had such a passion for caring for people that she also became a licensed esthetician, caring for people skincare needs as well.

Lanise has always been a role model for my siblings and I. As being a passionate worker, Lanise continued on and found employment within Pulaski County, working in the roles of Human Resource Analyst, Business Administration, Financial Analyst, receptionist, and a caregiver for the elderly and children with disabilities. Lanise way of giving back to the community of Pulaski County was to volunteer to do hair at the local Senior Citizen Facilities, Nursing Homes, and Rehabilitation Facilities. In 2013, Lanise started a employment journey with the State of Arkansas, which she enjoyed and took her role very serious, until her departure after this incident occurred.

On the day that this incident occurred, I'll never forget working a graveyard shift, but waking up to several missed calls. No one was able to reach her, she didn't show up for work, and the only thing I could do was to do what we were raised on doing and that was praying. I then later learned of Lanise whereabouts and the charges that were brought against her. Lanise being charged in this crime was a complete shocking to me and I was speechless. My family and I gathered and as a whole we were devastated and heartbroken, because these charges were definitely not of Lanise's character. It wasn't my place to question it, but I couldn't make sense of it, so as we always do, I prayed for her and that God revealed the truth that I knew Lanise's character as.

As a family, Lanise, our siblings, and I were taught integrity, high standards, morals, dignity, and that we can have anything in life that we want by working hard. Lanise is a physical example to her siblings, nieces, nephews, and peers of what hard work and being dedicated to work is. She also represents what being a caring person for other people is. Through all that Lanise has been through in this incident, she remains strong and has continued to work hard as normal. On February 22, 2024, our family received devastating news regarding our sister Lanise, she was diagnosed with breast cancer. Lanise began her first chemotherapy treatment on March 19, 2024, as this was the only result of the immediate treatment she needed, per her Oncologist.

In spite of all the stresses of life, from this incident, and being diagnosed with breast cancer, Lanise still remains strong, fighting for her life and fighting for her freedom. I plead with you on behalf of my sister, Lanise Briggs, for your leniency in this incident.


Respectfully Submitted,

Cassandra Briggs

Exhibit A

Friday, March 22, 2024

Dear Judge Lee P. Rudofsky,

My name is Latina Briggs, and I am a biological sister of Lanise Briggs. Lanise is one of my older siblings as there is a total of 7 children. I currently reside in Chester, VA. As I have been employed with the Federal Government approximately 14yrs and a little over 8 months. I was employed 14yrs 3 months at the Federal Correctional Institution Memphis, TN (July 2009 – October 2023). In October 2023, I transferred to Department of Veterans Affairs Central Office in Washington, DC where I am currently employed.

Lanise is a very caring and giving individual. Growing up in Pine Bluff, AR, Lanise assisted my parents in caring for me and my siblings. Lanise loved to do hair, as she did majority of the girls' hair in our neighborhood, as well as friends' hair from school and church.  Lanise served in the church at Smith Chapel under the late Pastor C.L. Williams assisting with the youth department. Lanise would participate in several community back to school events styling hair of the less fortunate families.  Lanise went to beauty school where she obtained her cosmetology license and began operating her own business as a hair stylist. Lanise has always been a very hard worker, from working several jobs and obtaining several certifications to include Human Resources Analyst, Business Administration Certificate, Financial Analyst, receptionist, caregiver for elderly and children with disabilities.  Lanise would volunteer at several Senior Citizen Facilities, nursing homes, and rehabilitation facilities throughout Pulaski County by styling hair in her spare time and assisting with community activities at the facilities. In 2013, Lanise began her career, working for the State of Arkansas and remained there until this incident occurred.

I will never forget the day that this incident occurred, I, my parents, siblings, and several of my family members were calling her phone and got no answer. When we learned of the charges brought against her we were devastated and heartbroken. Because not one time have, I ever known my sister who carries herself with high standards, morals, ethics, she's intelligent, smart, and always the light of the room to ever be associated with drugs or anything illegal. I knew that this had to be a mistake.

 As we come from a family with integrity, morals, high standards, and dignity and have always been taught to work hard for whatever it is in life that we want. The world that we live in needs more positivity and role models to look up to. This is why I am begging and pleading for your leniency for my sister Lanise Briggs. She is the true definition of being strong and working hard. On February 22, 2024, our family received very devastating news regarding our sister Lanise, she was diagnosed with breast cancer. On March 19, 2024, Lanise began her first day of chemotherapy as that was the only option for treatment given by her oncologist. With all the stress going on with this incident, the devastating news of breast cancer, and life itself; Lanise remains strong and continues to fight for freedom and her life. Again, this letter is for a plead of your leniency for my loving and dear sister Lanise Briggs.

Thank you for your time and consideration.

V/r,

*Latina Briggs*
Latina S. Briggs